**Order entered December 22, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00403-CR
No. 05-15-00404-CR
No. 05-15-00405-CR

**VINCENT DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60209-P, F13-60595-P, F13-60931-P**

## ORDER

The Court **VACATES** is order of December 17, 2015. This is now the order of the Court.

We **GRANT** appellant's December 17, 2015 motion to extend time to file his amended brief. We **ORDER** the amended brief received on December 17, 2015 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE